FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 03, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANDREW STAWICKI,<br><br>Plaintiffs,<br><br>v.<br><br>CLAYTON MYERS, STEPHEN PANITTONI, and DIRK KIVI,<br><br>Defendants. | CASE NO: 1:24-CV-3013-TOR<br><br>ORDER GRANTING MOTION FOR SUMMARY JUDGMENT |

BEFORE THE COURT is Defendants' Motion for Summary Judgment. ECF No. 7. Plaintiff did not file a response. The Court reviewed Defendants' motion and grants summary judgment.

## DISCUSSION

The Prison Litigation Reform Act requires Plaintiff to exhaust his administrative remedies before filing suit. No action shall be brought with

ORDER GRANTING MOTION FOR SUMMARY JUDGMENT ~ 1

1  respect to prison conditions under section 1983 of this title, or any other Federal
2  law, by a prisoner confined in any jail, prison, or other correctional facility until
3  such administrative remedies as are available are exhausted. 42 U.S.C. § 1997e(a).
4  Under the Act, the exhaustion requirement is mandatory; the Act does not afford
5  the Court discretion to disregard the exhaustion requirement. *Porter v. Nussle*, 534
6  U.S. 516, 524 (2002). Here, Plaintiff has not exhausted his administrative
7  remedies so his federal allegations must be dismissed.

        Plaintiff's state law claims are barred by his failure to present a tort claim notice. A condition precedent to commencing any lawsuit against a local government entity – specifically, the party wanting to commence a lawsuit must present a tort claim notice to the target local government entity and then wait 60 days before commencing suit. RCW 4.96.010-020. Plaintiff has failed to present a tort claim notice to Kittitas County Auditor prior to commencing this suit. Thus, Plaintiff's state law claims are dismissed.

        Finally, Plaintiff has not updated his current mailing address as required.

**ACCORDINGLY, IT IS ORDERED:**

1. Defendants' Motion for Summary Judgment, ECF No. 7, is **GRANTED**.

2. This action is **DISMISSED**.

3. All deadlines, hearings, and trial are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to the parties, and **CLOSE** the file.

DATED **February 3, 2025**.



THOMAS O. RICE
United States District Judge

ORDER GRANTING MOTION FOR SUMMARY JUDGMENT ~ 3